## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MARTIN E. YOUNG

Plaintiff(s),                          CASE NO. C 10-05473 LB

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,                    STIPULATION AND [~~PROPOSED~~]
UNIONMUTUAL STOCK LIFE                 ORDER SELECTING ADR PROCESS
INSURANCE COMPANY OF
AMERICA,  and DOES 1 through
10, inclusive

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR *(please identify process and provider)* Mediation with JAMS

selected Cathy Yanni as the mediator.

The parties agree to hold the ADR session by:
☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____

Dated: 3/3/11 _____          /s/ P. Randall Noah _____
                                        Attorney for Plaintiff
                                        P. Randall Noah, Esq.

Dated: 3/3/11 _____          /s/ Anna M. Martin _____
                                        Attorney for Defendant
                                        Anna M. Martin, Esq.

Dated: _____                 _____

American LegalNet, Inc.
www.USCourtForms.com

Dated: _____                          _____

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED]** **ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration
☐ Early Neutral Evaluation (ENE)
☐ Mediation
☒ Private ADR

Deadline for ADR session
☒ 90 days from the date of this order.
☐ other _____

IT IS SO ORDERED.

Dated: **3/7/2011** _____

_____
UNITED STATES          JUDGE

American LegalNet, Inc.
www.USCourtForms.com