**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
WILLIAM REILLY - State Bar No. 177550
amartin@rimacmartin.com
w_reilly@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**LAW OFFICE OF P. RANDALL NOAH**
P. RANDALL NOAH - State Bar No. 136452
pnoah@ix.netcom.com
21 Orinda Way, Suite CC # 316
Orinda, CA  94563
Telephone (925) 253-5540
Facsimile (925) 253-5542

Attorney for Plaintiff
MARTIN E. YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILING*

| | |
|---|---|
| MARTIN E. YOUNG, | **CASE NO. 4:10-CV-05473 CW** |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; UNIONMUTUAL STOCK LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the plaintiff MARTIN E. YOUNG and defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, through their respective

-1-
**STIPULATION OF DISMISSAL OF ACTION
WITH PREJUDICE; ORDER**                                                  **CASE NO.  4:10-CV-05473 CW**

1  counsel of record, that the captioned action may be, and hereby is, dismissed with prejudice

2  pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The parties shall bear their own

3  respective costs of suit.

4      Pursuant to local rules, this document is being electronically filed through the Court's

5  ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this

6  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has

7  concurred with the filing of this document; and (3) a record supporting this concurrence is

8  available for inspection or production if so ordered.

9      **SO STIPULATED.**

Respectfully submitted,

**LAW OFFICES OF P. RANDALL NOAH**

DATED: May 11, 2011    By:    /S/ **P. RANDALL NOAH**
P. RANDALL NOAH
Attorneys for Plaintiff
MARTIN E. YOUNG


RIMAC MARTIN, P.C.

DATED: May 11, 2011    By:    /S/ **WILLIAM REILLY**
WILLIAM REILLY
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**ORDER**

IT IS SO ORDERED.

DATED:  **5/11/11**

Hon. Claudia Wilken
Federal Judge, U.S. District Court

-2-

STIPULATION OF DISMISSAL OF ACTION
WITH PREJUDICE; ORDER    CASE NO. 4:10-CV-05473 CW